395 A.2d 971

Commonwealth v. Moses, Appellant.

Argued September 13, 1978.   James T. Vernile, with him Robert F. Simone, for appellant;   Ronald T. Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.